**Order entered November 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01424-CR

### KENNETH RHODES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-1633732-V

## ORDER

Before the Court is the State's November 20, 2017 second motion for extension of time to file brief. We **GRANT** the State's motion and **ORDER** the brief received November 20, 2017 filed as of the date of this Order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE